# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> ) <br> ERIK IVAN PABLO,  ) <br> ) <br> Defendant.  ) <br> ) | CASE NO.: 21CR1972-JLS <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING** |

GOOD CAUSE APPEARING and based on the joint motion of the parties, the Motion Hearing and Trial Setting is continued from August 13, 2021, at 1:30 p.m. to **September 10, 2021, at 1:30 p.m.** The parties further agree that time is excludable under the Speedy Trial Act.

**IT IS SO ORDERED**

Dated: August 11, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1